Carl J. Basile [State Bar No. 251267]
Jonathan E. Hembree [State Bar No. 274051]
CUNNINGHAM SWAIM, LLP
2 North Lake Avenue, Suite 550
Pasadena, California 91101
Telephone:  (626) 765-3000
Facsimile: (626) 765-3030
Email: cbasile@cunninghamswaim.com

Attorneys for Defendant,
PIPER AIRCRAFT, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vegetable Flight Resources, LLC, a limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> Piper Aircraft, Inc., a corporation, Pratt & Whitney Canada Corporation, Western Aircraft, Inc. and DOES 1-25, <br><br> Defendants. | Case No. <br><br> **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)** <br><br> **DEMAND FOR JURY TRIAL** |

Defendant, PIPER AIRCRAFT, INC., hereby respectfully gives notice of its removal of the above-captioned action to this Court, upon the following bases:

1.  On September 10, 2025, Plaintiff VEGETABLE FLIGHT RESOURCES, LLC (herein, "Vegetable" or "Plaintiff") filed its complaint in that certain lawsuit styled *Vegetable Flight Resources, LLC, a limited liability company, vs. Piper Aircraft, Inc., a corporation, Pratt & Whitney Canada Corporation, Western Aircraft, Inc. and DOES 1-25,,* Superior Court of the State of California, County of Merced, case number 25CV-05080 (the "Underlying Action"), against Defendant PIPER AIRCRAFT, INC. (herein referred to as "Piper" or "Removing Defendant"); PRATT

& WHITNEY CANADA CORPORATION ("Pratt & Whitney"); WESTERN AIRCRAFT, INC. ("Western Aircraft"); and DOES 1-25.

2. Plaintiff caused to be served upon Removing Defendant a copy of a Summons (the "Summons") and the Complaint via Piper's counsel's acceptance of service on Piper's behalf on October 1, 2025. See Piper's Counsel's Acceptance of Service Via Email of October 1, 2025, attached as Exhibit A. This service was Removing Defendant's first receipt of an initial pleading in the Underlying Action showing a basis for removal.

3. Plaintiff alleges in its Complaint that Plaintiff is entitled to recover damages from Removing Defendant for Breach/Anticipatory Breach of Contract, Fraud and Negligent Misrepresentation, Rescission; and Violation of Business & Professions Code §§17200, et seq. See Summons and Plaintiff's Complaint, attached as Exhibit C.

4. Plaintiff's Complaint asserts four causes of action for Breach/Anticipatory Breach of Contract, Fraud and Negligent Misrepresentation, Rescission; and Violation of Business & Professions Code §§17200, et seq. against Removing Defendant.

5. Plaintiff prays in the Complaint for recovery of damages according to proof at trial; punitive damages; restitution according to proof at trial; disgorgement; rescission; injunctive relief; costs of suit; interest as permitted by applicable law; and such other and further relief as may be permitted under applicable law. According to paragraph 7 of Plaintiff's Complaint, the value of the aircraft at issue in this case is $2.47 million. See Plaintiff's Complaint attached as Exhibit C. These claims exceed the minimum jurisdictional requirement for the amount in controversy of $75,000.

6. Piper Aircraft, Inc. was and is a foreign corporation formed in Delaware with its principal place of business in Florida.

///

///

7.   Removing Defendant Piper Aircraft, Inc. is deemed to be a citizen of Delaware and Florida, pursuant to 28 U.S.C. § 1332(c)(1) and the holding of *Hertz Corp. v. Friend* (2010) 559 U.S. 77.

8.   According to the information on the Oregon Secretary of State website, Plaintiff Vegetable Flight Resources, LLC, is an Oregon limited liability company, with its principal place of business in Salem, Oregon.  It's two members are Jackie E. Smith II, an individual with a residence of Carthage, Texas; and J. Elvin Smith & Associates, LLC, a Texas limited liability company with its principal place of business in Carthage, Texas.  The members of J. Elvin Smith & Associates, LLC, are Jack E. Smith, an individual residing in Carlsbad, California, and Jackie E. Smith, an individual residing in Carthage, Texas.

9.   Plaintiff Vegetable Flight Resources, LLC is deemed to be a citizen of Texas and California, pursuant to 28 U.S.C. § 1332(c)(1) and the holding in *Johnson v. Columbia Properties Anchorage, LP* (2006) 437 F.3d 894, 899, which states that a limited liability company has the citizenships of all of its members. *Id.* at 899. Vegetable's members are Jackie E. Smith, with a citizenship of Texas; and J. Elvin Smith & Associates, LLC, with that entity's members having citizenships of Texas and California.  Thus, Vegetable Flight Resources, LLC is deemed to be a citizen of Texas and California.

10.   Non-removing defendant Pratt & Whitney Canada Corporation is a Quebec, Canada corporation with its principal place of business in Halifax, Nova Scotia, Canada.

11.   Non-removing defendant Pratt & Whitney Canada Corporation is deemed to be a citizen of Canada, pursuant to 28 U.S.C. § 1332(c)(1) and the holding of *Hertz Corp. v. Friend* (2010) 559 U.S. 77.

12.   Non-removing defendant Western Aircraft, Inc. is a Nevada corporation with its principal place of business in Boise, Idaho.

/ / /

13. Non-removing defendant Western Aircraft, Inc. is deemed to be a citizen of Nevada and Idaho, pursuant to 28 U.S.C. § 1332(c)(1) and the holding of *Hertz Corp. v. Friend* (2010) 559 U.S. 77.

14. The Underlying Action is a civil action over which this Court has subject matter jurisdiction under the provisions of 28 U.S.C. § 1332, and is one which may be removed to this Court by Removing Defendant pursuant to 28 U.S.C. §§ 1441 and 1446 based upon this Court's diversity jurisdiction, for the following reasons:

(a) Each plaintiff is a resident of a different state than each defendant because (1) Plaintiff Vegetable is a limited liability company with its members having citizenship in California and Texas, and it is thus a citizen of California and Texas; and (2) Removing Defendant Piper Aircraft, Inc. is a Delaware corporation with its principal place of business in Florida, and thus Piper Aircraft, Inc. is a citizen of Delaware and Florida; (3) Non-removing Defendant Pratt & Whitney Canada Corporation is a Canadian corporation with its principal place of business in Nova Scotia, Canada, and thus Pratt & Whitney Canada Corporation is a citizen of Canada; and (4) Non-removing Defendant Western Aircraft, Inc. is a Nevada corporation with its principal place of business in Idaho, and thus Western Aircraft, Inc. is a citizen of Nevada and Idaho. The citizenship of the "DOE" Defendants should be disregarded for purposes of assessing diversity of citizenship.

(b) Plaintiff alleges a civil action against Removing Defendant.

(c) The matter in controversy is asserted by Plaintiff to exceed the sum or value of $75,000, since the amount at issue in the alleged contract is $2,470,000. Plaintiff's claims exceed the minimum jurisdictional requirements.

12. As no defendant is a citizen of the same state as the plaintiff, removal is permissible under 28 U.S.C. § 1441(b)(2).

13. Non-removing defendant Western Aircraft was served on September 26, 2025, and has consented to the removal of this case. See Western Aircraft's Consent to Removal, attached as Exhibit B.

14. Non-removing defendant Pratt & Whitney has not been served with process as of the filing of this Notice of Removal. Because this defendant has not been served at this time, it need not consent to removal at this time.

15. This case is being removed to the United States District Court for the Eastern District of California, which is the district and division within which the Underlying Action is pending. *See* 28 U.S.C. § 1446(a).

16. Copies of all pleadings, process, orders, and other filings in the state court action to which the removing parties now have access are attached to this notice as required by 28 U.S.C. § 1446(a). Attached to this notice are true and correct copies of the following documents, which comprise all the documents from the state court docket that were received by the Removing Defendant in the Underlying Action:

- Exhibit D: Plaintiff's Complaint of September 10, 2025 and Summons issued on September 10, 2025; the September 10, 2025 Civil Case Cover Sheet; the September 25, 2025 Notice of Inclusion of CMC; and the October 2, 2025 Proof of Service of Summons and Complaint.

17. Notice that this Notice of Removal has been filed is being provided to the state court and all other parties, pursuant to the applicable statute.

Dated: October 23, 2025                    CUNNINGHAM SWAIM, LLP

                                           By: */s/ Carl J. Basile*
                                               Carl J. Basile
                                               Jonathan E. Hembree
                                               Attorneys for Defendant,
                                               PIPER AIRCRAFT, INC.

## **DEMAND FOR JURY TRIAL**

Defendant, PIPER AIRCRAFT, INC., hereby demands a trial by jury.

Dated: October 23, 2025         CUNNINGHAM SWAIM, LLP

By: */s/ Carl J. Basile*
Carl J. Basile
Jonathan E. Hembree
Attorneys for Defendant,
PIPER AIRCRAFT, INC.