



# United States District Court
# Eastern District of California

**FILED**

OCT 30 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ FMN
DEPUTY CLERK

Vegetable Flight Resources, LLC

Plaintiff(s)

V.

Piper Aircraft, Inc., Pratt & Whitney Canada Corporation, Western Aircraft, Inc. and DOES 1-25

Defendant(s)

Case Number: 1:25-CV-01413-EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Timothy J. O'Connell hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Western Aircraft, Inc.

On November 21, 2014 (date), I was admitted to practice and presently in good standing in the courts of the State of Michigan (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [X] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

Date: October 29, 2025    Signature of Applicant: /s/ Timothy J. O'Connell
                                                 (as authorized on 10/29/25)

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Timothy J. O'Connell |
| Law Firm Name: | Taft Stettinius & Hollister LLP |
| Address: | 27777 Franklin Rd., Ste. 2500 |
| City: | Southfield    State: MI    Zip: 48034-8214 |
| Phone Number w/Area Code: | (248) 351-3000 |
| City and State of Residence: | Michigan |
| Primary E-mail Address: | toconnell@taftlaw.com |
| Secondary E-mail Address: | lmick@taftlaw.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Colin A. Hardacre |
| Law Firm Name: | The Law Offices of Colin A. Hardacre, APC |
| Address: | 23586 Calabasas Road, Suite 200 |
| City: | Calabasas    State: CA    Zip: 91302 |
| Phone Number w/Area Code: | (818) 661-2583    Bar # 250915 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 10/30/25

_____
JUDGE, U.S. DISTRICT COURT

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Elizabeth Kingston-Miller, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Timothy James O'Connell*

was admitted to the practice of law in the courts of the State of Michigan on

*November 21, 2014*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: October 20, 2025


Clerk

