

**FILED**

**United States District Court**
**Eastern District of California**

OCT 3 1 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ FMN
DEPUTY CLERK

| VEGETABLE FLIGHT RESOURCES, LLC |
|---|

Plaintiff(s)

Case Number: | 1:25-cv-01413-KES-EPG |

V.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

| PIPER AIRCRAFT, INC., ET AL. |
|---|

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

G. DON SWAIM _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

PIPER AIRCRAFT, INC. _____

On _____05/13/1983_____ (date), I was admitted to practice and presently in good standing in the

_____COURTS OF THE STATE OF TEXAS_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____10/30/2025_____        Signature of Applicant: /s/ G. DON SWAIM _____

**Pro Hac Vice Attorney**

Applicant's Name:          G. DON SWAIM

Law Firm Name:             CUNNINGHAM SWAIM LLP

Address:                   4015 MAIN STREET, SUITE 200


City:                      DALLAS          State: TEXAS  Zip: 75226

Phone Number w/Area Code:  (214) 646-1495

City and State of Residence: DALLAS, TEXAS

Primary E-mail Address:    dswaim@cunninghamswaim.com

Secondary E-mail Address:  cendicott@cunninghamswaim.com


I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:      CARL J. BASILE

Law Firm Name:             CUNNINGHAM SWAIM LLP

Address:                   2 NORTH LAKE AVENUE, SUITE 550


City:                      PASADENA        State: CA    Zip: 91101

Phone Number w/Area Code:  (626) 765-3028       Bar #  251267


## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.


Dated: 10/31/25

JUDGE, U.S. DISTRICT COURT

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

### G. Don Swaim

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 13th day of May, 1983.

I further certify that the records of this office show that, as of this date

### G. Don Swaim

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 29th day of October, 2025.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 6332C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.