



**United States District Court**
**Eastern District of California**

FILED
OCT 31 2025
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ FMN
          DEPUTY CLERK

VEGETABLE FLIGHT RESOURCES, LLC
Plaintiff(s)

V.

PIPER AIRCRAFT, INC., ET AL.
Defendant(s)

Case Number:  1:25-cv-01413-KES-EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, ALEX JOSEPH WHITMAN hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
PIPER AIRCRAFT, INC.

On __05/04/2012__ (date), I was admitted to practice and presently in good standing in the __COURTS OF THE STATE OF TEXAS__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date:  10/30/2025         Signature of Applicant: /s/ ALEX JOSEPH WHITMAN

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | ALEX JOSEPH WHITMAN |
| Law Firm Name: | CUNNINGHAM SWAIM LLP |
| Address: | 4015 MAIN STREET, SUITE 200 |
| City: | DALLAS    State: TEXAS    Zip: 75226 |
| Phone Number w/Area Code: | (214) 646-1495 |
| City and State of Residence: | DALLAS, TEXAS |
| Primary E-mail Address: | awhitman@cunninghamswaim.com |
| Secondary E-mail Address: | cendicott@cunninghamswaim.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | CARL J. BASILE |
| Law Firm Name: | CUNNINGHAM SWAIM LLP |
| Address: | 2 NORTH LAKE AVENUE, SUITE 550 |
| City: | PASADENA    State: CA    Zip: 91101 |
| Phone Number w/Area Code: | (626) 765-3028    Bar #: 251267 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 10/31/25

_____
JUDGE, U.S. DISTRICT COURT

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Alex Joseph Whitman**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 4th day of May, 2012.

I further certify that the records of this office show that, as of this date

**Alex Joseph Whitman**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 2nd day of October, 2025.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 2310C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.